BIGGERS *v.* HOPE, administrator.

ATKINSON, J. 1. Under the power conferred upon judges of the superior courts by the Civil Code of 1910, § 4850, to grant supersedeas, the judge may, in the exercise of a sound discretion, grant a supersedeas where the prevailing party is insolvent and irreparable injury is about to flow from enforcement of the judgment, although the losing party has made no attempt to obtain a supersedeas under § 6165 at or before the filing of a bill of exceptions assigning error upon the judgment overruling a motion for a new trial. *Montgomery* v. *King*, 125 *Ga.* 388, 391 (54 S. E. 135). In the case of *Parker-Hensel Engineering Co.* v. *Schuler*, 133 *Ga.* 696 (66 S. E. 800), there was no application to the judge for the grant of supersedeas under § 4850.

2. The judge did not abuse his discretion in this case in granting a supersedeas and in temporarily enjoining enforcement of the judgment upon which error was assigned.

*Judgment affirmed. All the Justices concur.*

No. 9173. DECEMBER 15, 1932.

*Clarke & Clarke,* for plaintiff.

*Paul S. Etheridge & Sons* and *Morgan S. Belser,* for defendant.